

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2024

No. 04-24-00615-CV

**IN THE ESTATE** of Mary Evans **PFISTER**, Deceased

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2009PC0545
Honorable Oscar J. Kazen, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. We order that no costs be assessed against appellant because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

It is so **ORDERED** on October 16, 2024.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2024.

Luz Estrada, Chief Deputy Clerk